# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| SUNNY JOHANSSON, et al., | No. C 10-03771 MEJ |
| Plaintiffs, | **ORDER VACATING CMC** |
| v. | |
| CENTRAL GARDEN AND PET COMPANY, et al., | |
| Defendants. | |

The above-captioned case is currently scheduled for a case management conference on December 2, 2010. However, as Defendants' motion to transfer is also scheduled for a hearing on December 2, the Court hereby VACATES the December 2, 2010 Case Management Conference and all related deadlines.

**IT IS SO ORDERED.**

Dated: November 16, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge